**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cliffwood Development Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3347992** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **825 S. Barrington Ave.**<br>**Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**306 Cliffwood Avenue Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cliffwood Development Partners, LLC**                                                    Case number (*if known*) _____
                Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**531**___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No ■ Yes. |
|---|---|---|

Debtor **Cliffwood Development Partners, LLC**                Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list

Debtor **See Attachment**                              Relationship _____
District _____  When _____  Case number, if known _____

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

● Funds will be available for distribution to unsecured creditors.

After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Cliffwood Development Partners, LLC**                          Case number (if known) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
        imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 6, 2025** _____
               MM / DD / YYYY

X _____              **Logan Beitler**
   Signature of authorized representative of debtor       Printed name

Title    **Manager** _____

---

**18. Signature of attorney**    X    */s/ Gary E. Klausner*                    Date    **March 6, 2025** _____
                                      Signature of attorney for debtor                  MM / DD / YYYY

                                 **Gary E. Klausner 69077**
                                 Printed name

                                 **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
                                 Firm name

                                 **2818 La Cienega Ave.**
                                 **Los Angeles, CA 90034**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone    **(310) 229-1234**    Email address    **GEK@LNBYG.COM**

                                 **69077 CA**
                                 Bar number and State

Debtor   **Cliffwood Development Partners, LLC**                               Case number *(if known)*
            Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Barscott, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **2/04/25** | Case number, if known | **2:25-bk-10878-WB** |
| Debtor | **Beitler Texas Enterprises LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **7/01/24** | Case number, if known | **2:24-bk-15228-WB** |
| Debtor | **Le Conte Westwood Development, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **1/24/25** | Case number, if known | **2:25-bk-10261-WB** |
| Debtor | **Westcliff Investors, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **7/01/24** | Case number, if known | **2:24-bk-15224-WB** |
| District | **1031 Solutions, LLC** | | | | |
| | **Bankr. C.D. Cal.** | When | 2/24/25 | Case number, if known | 2:25-bk-11378-WB |

Fill in this information to identify the case:

Debtor name    **Cliffwood Development Partners, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Other documents attached to the Petition.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 6, 2025**        X _____
Signature of individual signing on behalf of debtor

**Logan Beitler**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cliffwood Development Partners, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LA County Treasurer & Tax Collector P.O. Box 54018 Los Angeles, CA 90054** | | | | | | **$341,309.69** |
| **LADWP P.O. Box 515407 Los Angeles, CA 90030** | | **For notice purposes only** | | | | **$0.00** |
| **Post Insurance Services Inc. 2356 Torrance Blvd Torrance, CA 90501** | | **For notice purposes only** | | | | **$0.00** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **Beitler Texas Enterprises LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15228-WB); Westcliff Investors, LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15224-WB); Le Conte Westwood Development, LLC (Bankr. C.D. Cal. Case No. 2:25-bk-10261-WB); Barscott, LLC (Bankr. C.D. Cal. 2:25-bk-10878-WB); 1031 Solutions, LLC (Bankr. C.D. Cal 2:25-bk-11378-WB)**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Los Angeles, California_____ , California.

Date:        __March 6, 2025_____

**Logan Beitler**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                   Page 1        **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Gary E. Klausner 69077**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **69077 CA**<br>**GEK@LNBYG.COM** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Cliffwood Development Partners, LLC** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 6, 2025**
_____
Signature of Debtor 1

Date: _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Cliffwood Development Partners, LLC
825 S. Barrington Ave.
Los Angeles, CA 90049


Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


Hankey Capital
4751 Wilshire Blvd
Suite 110
Los Angeles, CA 90006


LA County Treasurer & Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


LADWP
P.O. Box 515407
Los Angeles, CA 90030


Post Insurance Services Inc.
2356 Torrance Blvd
Torrance, CA 90501

# RESOLUTION BY MEMBERS OF CLIFFWOOD DEVELOPMENT PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

The following resolutions is made by the Members of Cliffwood Development Partners, LLC, a California limited liability company ("Company").

Attending the meeting is Logan Beitler in her capacity as Manager and the Member as herein after provided. The meeting occurred telephonically on the 20th of January 2025, as permitted by the Operating Agreement.

The following person constitute the members of Company: Logan Beitler, Trustee of the Beitler Family Living Trust dated September 19, 2008, as amended, and Sun Holdings Cliffwood, LLC (collectively, "Members"). It is hereby resolved as follows:

RESOLVED, the Members agree that the Operating Agreement, as Amended, shall be further amended to allow, by this resolution, to include among the powers and authority of Manager in the Restated and Amended Operating Agreement of Cliffwood Development Partners LLC ("RAOA"), Article V, Management, Rights, Powers and Duties, and hereby so amend to RAOA, to provide that the Manager shall have sole discretion to determine whether it is in the best interest of Company to file a bankruptcy proceeding under Chapter 11 or as otherwise advised by Company's legal counsel and, accordingly Manager is hereby authorized to file such bankruptcy proceeding, not limited to a Chapter 11 proceeding, without further approval or consent of the Members, and that the Manager has power and authority necessary and incidental thereto to arrange for the retention of legal counsel to and to execute such documents required to file and commence a bankruptcy proceeding on behalf of Company.

FURTHER, RESOLVED, the Manager acknowledges and affirms that the filing of a bankruptcy proceeding is urgent and necessary, and that time is of the essence.

FURTHER RESOLVED, that the Manager has retained on behalf of Company the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that it is also within the power and authority of Manager on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

FURTHER, RESOLVED, each of the above resolutions are approved and are effective immediately.

Each of the above resolutions are unanimously approved and the AROA is hereby amended by the aforementioned resolutions be effective as of January 20, 2025 ("Effective Date").

The undersigned constituting of the Members and Manager of Company have executed the aforementioned resolutions, each of which have been unanimously approved, each of which are effective as of the Effective Date.

By: Logan Beitler
Manager of Cliffwood Development Partners, LLC

Logan Beitler, Trustee
Beitler Family Living Trust

2

# SECOND AMENDMENT TO AMENDED AND RESTATED OPERATING AGREEMENT OF CLIFFWOOD DEVELOPMENT PARTNERS LLC

This SECOND AMENDMENT TO THE AMENDED AND RESTATED OPERATING AGREEMENT ("Amendment") OF CLIFFWOOD DEVELOPMENT PARTNERS, LLC ("the Company") is made and entered into by and among (i) LOGAN BEITLER, Manager of the Company; and (ii) SUN HOLDINGS CLIFFWOOD, LLC, Member of the Company and (iii), Beitler Family Living Trust dated September 19, 2008 as amended. An individual Member may sometimes be referred to as a "party" herein, and the Members may sometimes be collectively referred to as "parties" herein. Capitalized terms used herein but not otherwise defined shall have the meanings assigned to such terms in the Operating Agreement (as hereinafter defined).

## RECITALS

WHEREAS, the Members are parties to that certain Amended and Restated Operating Agreement of the Company, dated as of August 28, 2016 and amended on August 29th, 2016 ("AROA"); and

WHEREAS, the Manager of the Company desires to amend the AROA as set forth herein.

NOW, THEREFORE, in accordance with the Act, the Member and Members hereby agrees as follows:

## ARTICLE V(b)(13)
## AMENDMENT OF AROA

The AROA shall add a provision as follows:

Article V(b)(13): Manager may cause the Company to file Chapter 11 reorganization if Manager deems it necessary for the preservation of the Project.

IN WITNESS WHEREOF, the undersigned has executed this Amendment as of the date first set forth above,

_____
By: Logan Beitler
Manager of Cliffwood Development Partners, LLC

_____
Logan Beitler, Trustee
Beitler Family Living Trust

Sun Holdings Cliffwood, LLC

_____
By: Tim Trout
Its: Authorized Person for Sun Holdings Cliffwood, LLC

1